DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. RICH

   No. 161PA99

   Case below: 132 N.C.App. 440

   Petition by defendant (Rich) for discretionary review pursuant to
G.S. 7A-31 allowed 22 July 1999.

STATE v. ROBINSON

   No. 411A94-2

   Case below: Cumberland County Superior Court

   Petition by defendant for writ of certiorari to review the order of
the Superior Court, Cumberland County, denied 19 August 1999.

STATE v. ROTEN

   No. 314P99

   Case below: Wilkes County Superior Court
               N.C. Court of Appeals

   Petition by defendant for writ of certiorari to review the order of
the Superior Court, Wilkes County, and order of the Court of Appeals
allowed 19 August 1999 for the limited purpose of remanding to the
trial court to conduct an evidentiary hearing on defendant's motion
for granting a new trial for recanted testimony, and to make appro-
priate findings of fact and conclusions of law.

STATE v. SCHIFFER

   No. 41P99

   Case below: 132 N.C.App. 22

   Motion by the Attorney General to dismiss the appeal for lack of
substantial constitutional question allowed 22 July 1999. Petition by
defendant for discretionary review pursuant to G.S. 7A-31 denied 22
July 1999.